UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
Tomas Velez,                                              :
:
                Plaintiff,                    :
:      17-CV-8900 (VSB)
     - against -                                       :
:      **OPINION & ORDER**
:
Eagle Bending Machines, Inc.,                             :
:
                Defendant.                    :
:
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/2021

<u>VERNON S. BRODERICK</u>, United States District Judge:

      On February 12, 2020, I held a telephonic status conference regarding this action with counsel for Plaintiff Tomas Velez ("Plaintiff"), Defendant Eagle Bending Machines, Inc. ("Defendant"), and Third-Party Defendant Advanced Arch Grilleworks, Inc. ("Third-Party Defendant").  Because I omitted to confirm that a court reporter was on the line during this conference, I provide, as follows, a brief summary of the updates presented by the parties.

      Plaintiff and Defendant reported that they have reached a settlement agreement in principle dismissing all of Plaintiff's claims against Defendant.  Defendant represented that, upon finalization of the settlement agreement, it will discontinue its Third-Party action against Third-Party Defendant.  In light of the updates provided by the parties during the status conference, it is hereby:

      ORDERED that Plaintiff and Defendant submit, by on or before March 12, 2021, a joint update letter regarding the status of their settlement agreement.  In the time leading up to this date, Plaintiff and Defendant are also directed to keep Third-Party Defendant apprised of the status of their settlement discussions.

SO ORDERED.

Dated: February 16, 2021
      New York, New York

Vernon S. Broderick
United States District Judge