UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
Tomas Velez,

                Plaintiff,

     -against-

Eagle Bending Machines, Inc.,

               Defendant.
-------------------------------------------------------- X

17-CV-8900 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On February 16, 2021, in light of the parties' report that they had reached a settlement agreement in principle dismissing all of Plaintiff's claims against Defendant, I ORDERED Plaintiff and Defendant to submit, by on or before March 12, 2021, a joint update letter regarding the status of their settlement agreement. (Doc. 57.) The parties have yet to file a joint update letter. Due to Plaintiff's and Defendants' delay, Defendant's claims against the Third-Party Defendant remain pending. Accordingly, it is hereby:

      ORDERED that Plaintiff and Defendant shall file, by on or before March 25, 2021, a joint update letter regarding the status of their settlement agreement. If Plaintiff and Defendant fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss their respective cases for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: March 18, 2021
       New York, New York

                                          Vernon S. Broderick
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/2021